UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 07021
    WILLIAM J RAY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3547

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/15/2006 and was confirmed 08/14/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED | 19022.48 | 1674.57 | 3962.98 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 288.86 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1140.00 | .00 | 25.23 |
| PREMIER BANCARD CHARTER | UNSECURED | 333.88 | .00 | .00 |
| ILLINOIS TOLLWAY | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 5189.02 | .00 | 114.82 |
| T-MOBILE USA | UNSECURED | 152.35 | .00 | .00 |
| COLUMBUS BANK & TRUST CO | UNSECURED | 374.43 | .00 | .00 |
| THOMAS W DREXLER | DEBTOR ATTY | 2,274.00 | | 2,274.00 |
| TOM VAUGHN | TRUSTEE | | | 471.08 |
| DEBTOR REFUND | REFUND | | | 27.32 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     8,550.00

PRIORITY                                          .00
SECURED                                      3,962.98
    INTEREST                                 1,674.57
UNSECURED                                      140.05
ADMINISTRATIVE                               2,274.00
TRUSTEE COMPENSATION                           471.08

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07021 WILLIAM J RAY

```
DEBTOR REFUND                                              27.32
                        ---------------      ---------------
TOTALS                         8,550.00            8,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07              /s/ Tom Vaughn

                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE